FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ANTONIO DEL TORO-SANCHEZ,<br><br>    Defendant. | No. CR-10-00786-CW (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Jose Antonio Del Toro-Sanchez is charged in an Indictment with violation of 8 U.S.C. § 1326 (illegal reentry following deportation). The United States moved for Mr. Del Toro-Sanchez' detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f)(2). Pretrial Services prepared a criminal history report, which the Court reviewed. It appears that Defendant currently is subject to an ICE detainer. On December 23, 2010, Defendant submitted to detention, but reserved the right to present additional information at a later date should Defendant's circumstances change.

After considering the limited information currently available to the Court, and the factors

DETENTION ORDER
CR-10-00786-CW(DMR)                                         1

set forth in 18 U.S.C. § 3142(g), the Court detains Defendant and finds that no condition or combination of conditions will reasonably mitigate the serious risk of flight. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Defendant as a serious flight risk. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at his request at a future time.

Mr. Del Toro-Sanchez shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: December 23, 2010

DONNA M. RYU
United States Magistrate Judge