BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DEL TORO-SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00786 CW | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 26, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JOSE DEL TORO-SANCHEZ, ) | Date: January 10, 2011 | |
| Defendant. ) | Time: 10:00 a.m. | |
| ) | Court: Hon. Donna Ryu | |

The above-captioned matter is set on January 10, 2011 before Magistrate Judge Donna Ryu for a status hearing. The parties request that this Court continue the hearing to January 26, 2011 at 10:00 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under the Speedy Trial Act between January 10, 2011 and January 26, 2011.

Defense counsel was appointed in this case two weeks ago. The government has turned over more than 300 pages of discovery. Defense counsel needs additional time to review the discovery and to perform legal research and investigation. The parties agree the ends of justice

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 26, 2011 AND TO EXCLUDE TIME
No. CR-10-0786 CW

served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between January 10, 2011 and January 26, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: January 5, 2010

| | |
|---|---|
|  /s/ Joseph Audal |  /s/ Ned Smock |
| JOSEPH AUDAL | NED SMOCK |
| Special Assistant United States Attorney | Counsel for Jose Del Toro-Sanchez |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 26, 2011 AND TO EXCLUDE TIME
No. CR-10-0786 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00786 CW |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
| v. | ) | DATE TO JANUARY 26, 2011 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| JOSE DEL TORO-SANCHEZ, | ) | TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties jointly requested that the hearing in this matter be continued from January 10, 2011 to January 26, 2011, and that time be excluded under the Speedy Trial Act between January 10, 2011 and January 26, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel was appointed in this case two weeks ago. The government has turned over more than 300 pages of discovery. Defense counsel needs additional time to review the discovery and to perform legal research and investigation. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to January 26, 2011 at 10:00 a.m. before Magistrate Judge Donna Ryu, and that time between

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 26, 2011 AND TO EXCLUDE TIME
No. CR-10-0786 CW

1  January 10, 2011 and January 26, 2011 is excluded under the Speedy Trial Act to allow for the
2  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
3  of defense counsel.
4  DATED: 1/5/2011
5  HON. DONNA RYU
   United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 26, 2011 AND TO EXCLUDE TIME
No. CR-10-0786 CW