IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00786 CW |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS |
| v. | |
| JOSE ANTONIO DEL TORO-SANCHEZ, | |
| Defendant. / | |

Upon review of the parties' supplemental authorities regarding Defendant's motion to dismiss, the Court vacates the evidentiary hearing previously set for April 18, 2011, and denies the motion. Neither Defendant's tattoos and nor his status as a person with relatives in the United States evidences membership in a particular social group that could give him a plausible claim to asylum. Having relatives in the United States is nothing more than one indication of possible means that could motivate a kidnap for ransom. While this is unfortunate, it cannot be grounds for asylum. The connection of the tattoos to the family in the United States or to a fear of persecution is not clear, and certainly the tattoos are not innate characteristics that could give rise to a plausible claim for asylum. The case is set for a trial setting conference on Wednesday, April 27, 2011, at 2:00 pm.

Dated: 4/12/2011

CLAUDIA WILKEN
United States District Judge